UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISBI ABRAHAM,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL GROUP INC., et al.,<br><br>        Defendants. | Civil Action No. 07-3494 (SDW)<br><br>**ORDER**<br><br>January 28, 2008 |

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo ("Magistrate Judge Arleo"), filed on December 20, 2007. In the R&R, Magistrate Judge Arleo incorporates the reasons set forth on the record in the December 14, 2007 oral argument before her Honor and recommends that Plaintiff's motion to remand this action to the Superior Court of New Jersey, Hudson County ("Motion to Remand") be granted. On January 3, 2008, defendants, American International Group, Inc. ("AIG"), et al. ("Defendants"), filed an objection ("Objection") to the R&R.

The Court has reviewed the Objection to the R&R filed by defendant AIG.  The Court has also reviewed the R&R, the transcript of the proceedings before Magistrate Judge Arleo on December 14, 2008, the other documents on file in this matter and heard oral argument from the parties on this 28th day of January 2008.  Based on the foregoing, and for the reasons set forth on the record by the Honorable Judge Susan D. Wigenton on this day, and for good cause shown,

It is hereby **ORDERED** that the R&R of Magistrate Judge Arleo, filed December 20, 2007, incorporating the reasons set forth on the record on December 14, 2007, is **ADOPTED** as the conclusions of law of this Court.

Plaintiff's Motion to Remand is hereby **GRANTED**.

**SO ORDERED.**

s/Susan D. Wigenton, U.S.D.J.

cc: Magistrate Judge Madeline C. Arleo